JULY 21, 1993

No. 93–5249 (A–50). BLAIR v. DELO, SUPERINTENDENT, PO-
TOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Application for
stay of execution of sentence of death, presented to JUSTICE
BLACKMUN, and by him referred to the Court, denied. Certio-
rari denied.

JULY 22, 1993

No. A–856. CLAY v. MURRAY, DIRECTOR, VIRGINIA DEPART-
MENT OF CORRECTIONS. Application for bail, addressed to JUS-
TICE STEVENS and referred to the Court, denied.

No. A–13 (O. T. 1993). CHOUDHARY v. VERMONT. Application
for injunctive relief pending appeal, addressed to JUSTICE BLACK-
MUN and referred to the Court, denied.

No. D–1246. IN RE DISBARMENT OF SIMRING. Disbarment
entered. [For earlier order herein, see 507 U. S. 982.]

No. D–1253. IN RE DISBARMENT OF PERRIN. Disbarment en-
tered. [For earlier order herein, see 507 U. S. 1015.]

No. D–1254. IN RE DISBARMENT OF BODNER. Disbarment
entered. [For earlier order herein, see 507 U. S. 1016.]

No. D–1257. IN RE DISBARMENT OF GATES. Disbarment en-
tered. [For earlier order herein, see 507 U. S. 1028.]

No. D–1258. IN RE DISBARMENT OF SMITH. Disbarment en-
tered. [For earlier order herein, see 508 U. S. 903.]

No. D–1260. IN RE DISBARMENT OF BLACKBURN. Disbar-
ment entered. [For earlier order herein, see 508 U. S. 904.]

No. D–1262. IN RE DISBARMENT OF WARWICK. Disbarment
entered. [For earlier order herein, see 508 U. S. 904.]

No. D–1263. IN RE DISBARMENT OF IZZI. Disbarment en-
tered. [For earlier order herein, see 508 U. S. 904.]